No. 95–2034. SCHLEDWITZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–8659. HAWKS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–8992. SPARKS *v.* STUTLER ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–9033. JOHNSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–9133. JONES, AKA LEE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–9221. GARRISON *v.* DEPARTMENT OF JUSTICE. C. A. Fed. Cir. Certiorari denied.

No. 95–9398. LAMARR ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–9485. HASCALL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–1. THOMASSON *v.* PERRY, SECRETARY OF DEFENSE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–83. SIMPSON *v.* KANSAS; and
No. 96–84. JENSEN *v.* KANSAS. Sup. Ct. Kan. Certiorari denied. Reported below: 259 Kan. 781, 915 P. 2d 109.

No. 96–113. KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM *v.* REIMER & KOGER ASSOCIATES, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–116. AUTOZONE, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–244. IN RE SMITH. C. A. 10th Cir. Certiorari denied.

No. 96–267. BROOKS *v.* GEORGE COUNTY, MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied.